**Order filed October 29, 2021**



In The

# Fourteenth Court of Appeals

————————

## NO.  14-21-00352-CV

————————

## IN THE INTEREST OF J.B.H.

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2018-04975J**

---

## ORDER

This court's notifications to appellant have been returned as "Vacant." To ensure that appellant received a copy of the *Anders* brief filed in this appeal, the court **ORDERS** that counsel file a copy of the certified mail return receipt that counsel received when he mailed appellant a copy of the brief in this matter within **SEVEN DAYS** from the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Spain, Wilson.